UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ARLEAVER C. PATTON

    Plaintiff,

V.                                      CIVIL ACTION NO

PALISADES COLLECTION LLC

Defendant.                         JULY 16, 2008

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331.

3. Plaintiff is a natural person who resides in Baltimore, Maryland.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant has a place of business in Englewood Cliffs, New Jersey

7. Defendant communicated with Plaintiff on or after one year before

the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt to Chrysler Financial.

8. Plaintiff contacted the defendant by telephone on June 25, 2008 and advised the Defendant that she disputed this debt.

9. Plaintiff contacted the Defendant to provide Palisades Collection notice of her dispute so the Defendant would no longer assume this debt was valid.

10. Defendant advised the Plaintiff in that same conversation that her dispute must be put in writing, in conflict with a previous communication that advised Plaintiff she could orally dispute this debt.

11. Defendant advised Plaintiff that she was required to prove that she had a valid dispute in order for Defendant to accept Plaintiffs dispute.

12. Defendant advised Plaintiff that they intended to report her account to Credit Bureaus and would not list the account as disputed by the Plaintiff.

13. Defendant advised the Plaintiff that she could not dispute her debt after 30 days from Defendant's initial communication with Plaintiff and that time has past.

14. Defendant advised the Plaintiff, that Palisades Collection has a validation procedure.

15. Defendant's agent (Patricia) advised Plaintiff that the validation procedure was

the following "I hear your dispute, because of that I am mailing you paper work, then the account is validated and no longer in dispute." "We will not report your account as disputed."

16. Defendant has inadequate procedures in place to avoid violations of the FDCPA with regard to disputed debts and reporting these disputed debts to credit bureaus.

17. In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692e, f, and g.

**WHEREFORE Plaintiff respectfully requests this Court to:**

1. Award Plaintiff statutory damages pursuant to the Fair Debt Collection Practices Act 15 U.S.C. §1692 et seq.;

2. Award the Plaintiff costs of suit and a reasonable attorney's fee;

3. Award and such other and further relief as this Court may provide.

THE PLAINTIFF

BY _____
Bernard T. Kennedy, Esquire
P.O. Box 657
Edgewater, MD 21037
Ph   (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com