IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARLEAVER PATTON ) | |
| ) | |
| Plaintiff ) | Civil Case No. 1:08-cv-01869-r |
| v. ) | |
| ) | |
| PALISADES COLLECTION, LLC ) | |
| ) | |
| Defendant ) | |

### STIPULATION OF DISMISSAL

The parties herein, by and through counsel, pursuant to Rule 41(a), Federal Rules of Civil Procedure, stipulate that the above-entitled matter be entered as dismissed, with prejudice. Each party shall be responsible for payment of their own costs, expenses, and attorney fees.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Bernard T. Kennedy  /s/ Ronald S. Canter
Bernard T. Kennedy, Esquire  Ronald S. Canter, Esquire
The Kennedy Law Firm  11300 Rockville Pike, Suite 1200
Maryland Consumer Law Group  Rockville, MD 20852
P.O. Box 657  Telephone: 301-770-7490
Edgewater, MD 21037  Facsimile: 301-770-7493
Attorney for Plaintiff  E-Mail: rcanter@roncanterllc.com
　　　　　　　　　　　　　　Attorney for Defendant

1